UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                    Criminal No. 11-cr-173-01-JL

Jonathan Tanguay

                         O R D E R


    The assented to motion to reschedule jury trial (document no.

19) filed by defendant is granted; Final Pretrial is rescheduled to

May 24, 2012 at 10:00 a.m.; Trial is continued to the two-week period

beginning June 5, 2012, 9:30 a.m. Further continuances are unlikely.

    Defendant shall file a waiver of speedy trial rights within 10

days.  The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the

reasons set forth in the motion.

    SO ORDERED.



                                    */s/Joseph N. Laplante*
                                    Joseph N. Laplante
                                    Chief Judge


Date:  March 2, 2012

cc:  Helen W. Fitzgibbon, AUSA
     Behzad Mirhashem, AFD
     U.S. Marshal
     U.S. Probation